428 A.2d 245

Commonwealth v. Brown, Appellant.

Submitted April 12, 1979. Lester G. Nauhaus, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.